FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY 17 P 3: 05
CLERK J. LaVictoire
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

Dr. MARGIE McRAE,

    Plaintiff,

vs.

RUSSELL BERGER,

    Defendant.

CIVIL ACTION NO.: CV205-043

IN RE:    LEAVE OF ABSENCE

In a letter dated May 12, 2005, Brian Spears has made application for Leave of Absence for the period of June 25, 2005, through and including July 4, 2005, in the captioned case. The Clerk is directed to file the attached letter with the record of this case.

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 17th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)