AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DR. MARGIE McRAE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-43

RUSSELL BERGER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated October 26, 2005, granting Defendant's motion for summary judgment; judgment is entered granting Defendant Russell Berger's motion for summary judgment and dismissing this action.

EOD: 10/27/05

*deputy clerk*

| October 27, 2005 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03