UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Brunswick Division

2006 MAY 24  P 2: 55

| | |
|---|---|
| DR. MARGIE MCRAE ) | |
| ) | |
| vs ) | CASE NUMBER  CV205-43 |
| ) | |
| RUSSELL BERGER ) | |
| ) | |

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This   24   day of   May  , 2006.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA